PEOPLE ex rel. CUSICK, Appellant, v. DALY, Sheriff, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 8, 1913.) Proceeding by the People of the State of New York, on the relation of Webster Cusick, against Dennis W. Daly, Sheriff of Niagara

County. No opinion. Order affirmed, upon the opinion of Pound, J., delivered at Special Term. 78 Misc. Rep. 657, 138 N. Y. Supp. 817.